

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00296-CV

| | | |
|---|---|---|
| TELCON SERVICES, LLC, Appellant | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-342450-23) |
| V. | | |
| | § | February 20, 2025 |
| PRIMORIS T & D SERVICES, LLC, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order denying Telcon Services, LLC's special appearance. It is ordered that the trial court's order denying Appellant Telcon Services, LLC's special appearance is reversed, and we render judgment dismissing Appellee Primoris T & D Services, LLC's third-party claims against Telcon for want of personal jurisdiction.

It is further ordered that Appellee Primoris T & D Services, LLC must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr